# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ASHLEE R. BROWN, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| CITY CHEVROLET, LLC, | ) ) |
| Defendant. | ) ) |

Case No. 09-0642-CV-W-GAF

## ORDER GRANTING JOINT MOTION TO REMAND

Now pending before the Court is the parties' Joint Motion to Remand the above referenced case to the Circuit Court of Jackson County, Missouri. For good cause shown, it is

ORDERED that the above referenced case is remanded to the Circuit Court of Jackson County, Missouri.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: March 30, 2010